Form 9

FORM 9. Certificate of Interest

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

John R. Gammino v. Sprint Communications Company L.P., et al.

No. 13-1636

## CERTIFICATE OF INTEREST

Counsel for the (petitioner) (appellant) (respondent) (appellee) (amicus) (name of party) Appellee, Sprint Commc'ns Co. L.P. et al. certifies the following (use "None" if applicable; use extra sheets if necessary):

1. The full name of every party or amicus represented by me is:

Sprint Communications Company L.P., Sprint Spectrum L.P., Virgin Mobile USA, L.P.

2. The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is:

None

3. All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented by me are:

None

4. ☑ The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court are:

K&L Gates, LLP; John J. Cotter; Solandra J. Craig

September 24, 2013
Date

Signature of counsel
John J. Cotter
Printed name of counsel

Please Note: All questions must be answered
cc: W. Mark Mullineaux