# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN R. GAMMINO, | : |
| | : Civil Action No. 2:10-cv-02493-CMR |
| Plaintiff, | : |
| | : |
| v. | : Honorable Cynthia M. Rufe |
| | : |
| SPRINT COMMUNICATIONS | : |
| COMPANY L.P., et al. | : |
| | : |
| Defendants. | : |

## ORDER DISMISSING DEFENDANTS' FEES MOTION WITHOUT PREJUDICE
## SO APPEAL MAY BE RESOLVED

**AND NOW**, on this __17th__ of __Oct__, 2013, in the above captioned case, Defendants Sprint Communications Company L.P., Sprint Spectrum L.P. and Virgin Mobile USA, L.P. ("Sprint's") Motion to Declare the Case Exceptional and For Attorney Fees ("Fees Motion") (Dkt. #165) is dismissed without prejudice pending the appeal (Dkt. # 162) filed by Plaintiff John Gammino and cross-appeal (Dkt. # 170) filed by Sprint, pursuant to the Joint Stipulation to Dismiss Sprint's Motion to Declare the Case Exceptional and for Attorney Fees Without Prejudice Pending Appeal filed by the parties.

It is hereby **ORDERED, ADJUDGED,** and **DECREED** that in the above captioned case, Sprint's Fees Motion is dismissed without prejudice.

Dated: __10-17__, 2013

BY THE COURT:

_Cynthia M. Rufe_
JUDGE CYNTHIA M. RUFE