CORRECTED: OCTOBER 31, 2013

NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**JOHN R. GAMMINO,**
*Plaintiff-Appellant,*

v.

**SPRINT COMMUNICATIONS COMPANY, L.P.,
SPRINT SPECTRUM L.P.
VIRGIN MOBILE USA, L.P.,**
*Defendants-Cross Appellants.*

13-1636, 14-1016

Appeals from the United States District Court for the Eastern District of Pennsylvania in No. 10-CV-2493, Judge Cynthia M. Rufe.

**O R D E R**

The order disposing of the last motion subject to Fed. R. App. P. 4(a)(4) having been filed in the United States District Court for the Eastern District of Pennsylvania, it is hereby,

ORDERED that the appeals be, and the same hereby are, REACTIVATED. The appellant's brief is due on January 2, 2014.

2                                  GAMMINO v. SPRINT COMMUNICATIONS COMPANY

FOR THE COURT

October 31, 2013                /s/ Daniel E. O'Toole
Date                               Daniel E. O'Toole
                                   Clerk

cc: Clerk's Office, United States District Court
John J. Cotter
William Mullineaux

GAMMINOSPRINT COMMUNICATIONS COMPANY                3