IN THE
## UNITED STATES COURT OF APPEALS
## FOR THE FEDERAL CIRCUIT
_____

13-1636, 14-1014

JOHN R. GAMMINO,

           Plaintiff-Appellant,

v.

SPRINT COMMUNICATIONS COMPANY, L.P.,
SPRINT SPECTRUM L.P., and VIRGIN MOBILE USA, L.P.,

           Defendants-Cross-
           Appellants.
_____

Appeal from the United States District Court for the
Eastern District of Pennsylvania in No. 10-cv-2493,
United States District Judge Cynthia M. Rufe
_____

**PLAINTIFF-APPELLANT JOHN R. GAMMINO'S RESPONSE OF NON-OBJECTION TO DEFENDANTS-CROSS APPELLANTS' MOTION FOR LEAVE TO FILE REPLY OUT OF TIME**
_____

| | |
|---|---|
| Kevin R. Casey | W. Mark Mullineaux |
| STRADLEY RONON STEVENS & YOUNG, LLP | ASTOR WEISS KAPLAN & MANDEL LLP |
| 30 VALLEY STREAM PARKWAY | 200 South Broad Street, Suite 600 |
| Malvern, PA 19355 | Philadelphia, PA   19102 |
| (610) 640-5800 | (215) 893-4956 |

*Attorneys for Plaintiff-Appellant*

DATED:   APRIL 21, 2014

**PLAINTIFF-APPELLANT JOHN R. GAMMINO'S RESPONSE OF NON-OBJECTION TO DEFENDANTS-CROSS APPELLANTS' MOTION FOR LEAVE TO FILE REPLY OUT OF TIME**

Plaintiff – Appellant John R. Gammino hereby responds to the motion of Defendants-Cross Appellants Sprint Communications Company, L.P., Sprint Spectrum, L.P., And Virgin Mobile USA, L.P. for leave to file out of time their Reply to Mr. Gammino's Response and Reply Brief; and Mr. Gammino does not object to the granting of the motion.

| | |
|---|---|
| Date:   April 21, 2014 | Respectfully submitted, |
| | Astor Weiss Kaplan & Mandel LLP |
| | By:   /s/ William Mark Mullineaux<br>Attorneys for Plaintiff-Appellant |

# **CERTIFICATE OF INTEREST**

Counsel for Plaintiff – Appellant John R. Gammino states:

1. The full name of every party or amicus represented by me is:

    Plaintiff – Appellant John R. Gammino

2. The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is:

    N/A

3. All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented by me are:

    N/A

4. The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this Court are:

    <u>Stradley Ronon Stevens & Young, LLP</u>

    Jeffrey Lutsky
    Kevin R. Casey
    Gina Stowe
    Kevin W. Goldstein (no longer with the firm)

    <u>Astor Weiss Kaplan & Mandel LLP</u>

    W. Mark Mullineaux
    Brian Discount (no longer with the firm)

Date:   April 21, 2014                     Respectfully submitted,
                                           Astor Weiss Kaplan & Mandel LLP


                                           By:   /s/ William Mark Mullineaux
                                           Attorneys for Plaintiff-Appellant

# CERTIFICATE OF SERVICE

I hereby certify that on April 21, 2014, the foregoing **PLAINTIFF-APPELLANT JOHN R. GAMMINO'S RESPONSE OF NON-OBJECTION TO DEFENDANTS-CROSS APPELLANTS' MOTION FOR LEAVE TO FILE REPLY OUT OF TIME** was electronically filed through the Court's ECF system and served via the Court's transmission of the Notice of Docket Activity to the registered parties below:

    John J. Cotter (John.Cotter@klgates.com)
    David A. Simons (David.Simons@klgates.com)
    Solandra J. Craig (Solandra.Craig@klgates.com)
    K&L GATES LLP
    State Street Financial Center
    One Lincoln Street
    Boston, MA 02111

    Astor Weiss Kaplan & Mandel LLP

    By:   /s/ William Mark Mullineaux
    Attorneys for Plaintiff-Appellant