# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT
### 717 MADISON PLACE, N.W.
### WASHINGTON, D.C. 20439

**DANIEL E. O'TOOLE**
**CLERK OF COURT**

TELEPHONE: 202-275-8000

April 22, 2014

To: John J. Cotter
Solandra J. Craig
William Mullineaux
David A. Simons

Re:  13-1636 - Gammino v. Sprint Communications Company

## NOTICE OF REJECTION

Dear Counsel:

Your recently submitted document(s) cannot be filed for the following reason(s):

- When submitting a notice of correction and brief you must use two different events.  First submit the notice of correction.  Next submit the corrected brief on the docket.

If you have any questions or need assistance, please contact the Clerk's Office.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

cc: John J. Cotter
Solandra J. Craig
William Mullineaux
David A. Simons