IN THE
# UNITED STATES COURT OF APPEALS
## FOR THE FEDERAL CIRCUIT

_____

13-1636, 14-1014

JOHN R. GAMMINO,

                              Plaintiff-Appellant,

v.

SPRINT COMMUNICATIONS COMPANY, L.P.,
SPRINT SPECTRUM L.P., and VIRGIN MOBILE USA, L.P.,

                              Defendants-Cross-
                              Appellants.

_____

Appeal from the United States District Court for the
Eastern District of Pennsylvania in No. 10-cv-2493,
United States District Judge Cynthia M. Rufe

_____

**NOTICE OF CORRECTION OF CITATIONS TO PAGES OF THE APPENDIX IN THE OPENING BRIEF OF PLAINTIFF-APPELLANT JOHN R. GAMMINO**

_____

| | |
|---|---|
| Kevin R. Casey | W. Mark Mullineaux |
| STRADLEY RONON STEVENS | ASTOR WEISS KAPLAN & MANDEL LLP |
| & YOUNG, LLP | 200 South Broad Street, Suite 600 |
| 30 VALLEY STREAM PARKWAY | Philadelphia, PA   19102 |
| Malvern, PA 19355 | (215) 893-4956 |
| (610) 640-5800 | |

*Attorneys for Plaintiff-Appellant*

DATED:   APRIL 22, 2014

# NOTICE OF CORRECTION OF CITATIONS TO PAGES OF THE APPENDIX IN THE OPENING BRIEF OF PLAINTIFF-APPELLANT JOHN R. GAMMINO

Plaintiff-appellant John R. Gammino, by and through, counsel hereby gives notice of the filing of a corrected Opening Brief that changes the pages of the Appendix to which Mr. Gammino cites in the Opening Brief. The correction is that each citation by Mr. Gammino in the Original Brief to a page in the Appendix has been changed in the corrected Opening Brief to provide different and replacement pages.

After the Original Brief was filed Mr. Gammino changed the organization and location of documents in the Appendix based on conversations between attorneys for the parties. The presentation to the Court of the Appendix and the briefs was improved because of the adjustment. One consequence of the adjustment is that in order to make correct citations to the Appendix, Mr. Gammino's citations in the Original Brief to pages in the Appendix must be changed. All of the citations to pages in the Appendix in the Original Brief are being changed in the corrected Original Brief.

Mr. Gammino specifically delineates each correction by stating that every citation to the Appendix in the form of "A-___" in the Original brief has been changed and replaced with different citations to the Appendix in the form of "A-

\_\_\_" in the Corrected Original brief.    Prior to the filing of this Notice, Mr. Gammino served the other parties with a copy of the Corrected Brief to be filed.

Dated:    April 22, 2014                Respectfully submitted,

                                                   /s/ William Mark Mullineaux
ASTOR WEISS KAPLAN & MANDEL LLP
200 South Broad Street, Suite 600
Philadelphia, PA   19102
(215) 893-4956

## CERTIFICATE OF SERVICE

I hereby certify that on April 22, 2014, the foregoing NOTICE OF CORRECTION OF CITATIONS TO PAGES OF THE APPENDIX IN THE OPENING BRIEF OF PLAINTIFF-APPELLANT JOHN R. GAMMINO was electronically filed through the Court's ECF system and served via the Court's transmission of the Notice of Docket Activity to the registered parties below:

John J. Cotter (John.Cotter@klgates.com)
David A. Simons (David.Simons@klgates.com)
Solandra J. Craig (Solandra.Craig@klgates.com)
K&L GATES LLP
State Street Financial Center
One Lincoln Street
Boston, MA 02111


Astor Weiss Kaplan & Mandel LLP

By: /s/ William Mark Mullineaux
Attorneys for Plaintiff-Appellant