NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**JOHN R. GAMMINO,**
*Plaintiff-Appellant,*

v.

**SPRINT COMMUNICATIONS COMPANY, L.P., SPRINT SPECTRUM L.P.** AND **VIRGIN MOBILE USA, L.P.,**
*Defendants-Cross Appellants.*

---

2013-1636, 2014-1016

---

Appeals from the United States District Court for the Eastern District of Pennsylvania in No. 10-CV-2493, Judge Cynthia M. Rufe.

---

**ON MOTION**

---

**O R D E R**

The cross appellants move without opposition for leave to file their reply brief out of time.

Upon consideration thereof,

IT IS ORDERED THAT:

    The motion is granted. The cross appellants' reply brief is accepted for filing.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s21