# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT
### 717 MADISON PLACE, N.W.
### WASHINGTON, D.C. 20439

DANIEL E. O'TOOLE  
CLERK OF COURT

TELEPHONE: 202-275-8000

June 13, 2014

To: Jeffrey M. Lutsky

Re:  13-1636 - Gammino v. Sprint Communications Company

## NOTICE OF REJECTION

Dear Counsel:

Your recently submitted document(s) cannot be filed for the following reason(s):

- A motion for leave to file the entry of appearance is required when an attorney is seeking to first enter an appearance within 30 days of the scheduled argument. Fed. Cir. R. 47.3(c)(1)

If you have any questions or need assistance, please contact the Clerk's Office.

FOR THE COURT

/s/ Daniel O'Toole  
Daniel O'Toole  
Clerk of Court

cc: Kevin R. Casey  
John J. Cotter  
Solandra J. Craig  
William Mullineaux  
David A. Simons